IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Petitioner,

Case No. 26-cv-1145

v.

BRUCE L. BRADSHAW,

Respondent.

---

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

---

The United States of America, on behalf of its agency, the Internal Revenue Service, by Chadwick M. Elgersma, United States Attorney for the Western District of Wisconsin, by Heidi L. Luehring, Assistant United States Attorney, petitions the Court as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons. The Court has jurisdiction pursuant to 28 U.S.C. §§ 1340 and 1345.

2. James Roberts is a Revenue Officer of the Internal Revenue Service, employed in Collection Operations, and is authorized to issue an Internal Revenue Service summons pursuant to the authority in 26 U.S.C. § 7602, and Treasury Regulations § 301.7602-1, 26 C.F.R. § 301.7602-1. Declaration of James Roberts dated July 6, 2026. Gov. Ex. 1.

3. The respondent, Bruce Bradshaw, resides or is found at 15306 County Highway E, Richland Center, WI 53581, within the jurisdiction of this court.

4. Revenue Officer James Roberts is conducting an investigation into the tax liability of Michael Lenz for Federal income taxes for the periods ended December 31, 2016, and December 31, 2017, and a civil penalty for the quarterly period ended December 31, 2010. Gov. Ex. 1, ¶ 2.

5. Bradshaw is in possession and control of information relevant to the above-described investigation. Bradshaw has been identified as a trustee of the Lone Pine CV Trust, a trust associated with Michael Lenz. Gov. Ex. 1, ¶ 3.

6. On April 16, 2026, an Internal Revenue Service summons was issued by Revenue Officer James Roberts directing Bradshaw to appear before him on May 20, 2026, at 11:00 AM at 211 West Wisconsin Avenue, Milwaukee, WI 53203-2303 to testify and to produce books, records, and other data described in the summons. Gov. Ex. 1, ¶ 6.

7. An attested copy of the summons was served personally on Bradshaw, by Revenue Officer James Roberts, on April 22, 2026. Gov. Ex. 1, ¶ 5. The summons is attached and incorporated as Gov. Ex. 2.

8. On May 20, 2026, Bradshaw did not appear in response to the summons. Gov. Ex. 1, ¶ 6. Instead, on May 27, 2026, Bradshaw sent a to Revenue Officer Roberts a document titled "Notice of Procedure Defect & Demand for Proof of Jurisdictional Authority," attached as Gov. Ex. 3. Bradshaw's refusal to comply with the summons continues to date.

9. On May 20, 2027, IRS Office of Chief Counsel sent Bradshaw a "last chance letter" proposing an alternate date to comply with the summons, scheduled for 11:00 a.m.

on June 24, 2026. A copy of the letter is attached as Gov. Ex. 4. Bradshaw did not comply with the alternate date.

10. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

11. The Internal Revenue Servies took all administrative steps required by the Internal Revenue Code for the issuance of a summons.

12. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the Federal tax liability of Michael Lenz for Federal income taxes for the periods ended December 31, 2016, and December 31, 2017, and a civil penalty for the quarterly period ended December 31, 2010.

WHEREFORE, petitioner respectfully prays:

1. That the Court issue an order directing the respondent, Bruce L. Bradshaw, to show cause, if any, why respondent should not comply with and obey the aforementioned summons.

2. That the court enter an order directing the respondent, Bruce L. Bradshaw, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer James Roberts or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer James Roberts, or any other proper officer or employee of the Internal Revenue Service.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

Dated this 24th day of November 2026.

Respectfully submitted,

CHADWICK M. ELGERSMA
United States Attorney

By: */s/Heidi L. Luehring*

HEIDI L. LUEHRING
Assistant United States Attorney
222 W Washington Ave, Suite 703
Madison, WI 53703
(608) 264-5158
TTY (608) 264-5006